UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-04662-JAK-ACCV** | Date: | November 24, 2026 |
| Title: | ***George Alexander Lugo v. Officer Usma, et al.*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO SERVE**

Plaintiff George Alexander Lugo ("Plaintiff") filed Complaint for Damages and Injunctive Relief for Violations of 42 U.S.C. § 1983 on April 21, 2026 (Electronic Case Filing Number ("ECF No.") 1). On August 17, 2026, the Court issued Order Regarding Service and Filing Requirements After Screening of Complaint Filed by Pro Se Plaintiff ("Service Order") (ECF No. 16). Plaintiff was ordered to serve a summons and the Complaint on each Defendant named in the Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 4(m) by November 15, 2026. (*Id.*) To date, there is no indication that Defendant has been served by filing the proof of service.

Accordingly, on or before **December 4, 2026**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the Complaint should not be dismissed without prejudice for failure to prosecute; or file a proof of service demonstrating proper service of the summons and Complaint on Defendant.

The Court advises Plaintiff that failure to serve the summons and Complaint and file the proof of service on or before December 4, 2026, **will** result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**